UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>MARTIN SILVA-LOPEZ,<br><br>                                   Defendant. | Case No.:  23-cr-1953-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 11, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 13, 2023.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 13] and sets the Motion Hearing/Trial Setting on November 17, 2023, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  On October 4, 2023, a plea agreement was lodged before the Court and the parties will be scheduling a change of plea hearing before the Magistrate Judge.

Accordingly, the Court finds that time from October 13, 2023, to November 17, 2023, shall be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 10/12/2023

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

23-cr-1953-JO